# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2018

SEAN F. McAVOY, CLERK

David M. Levin and Teresa Jan Levin, husband and wife,

*Plaintiff*

v.

Pacific Hide & Fur Depot, d/b/a Pacific Steel & Pacific Recycling, a Montana corporation, Kyle Doe and Jane Doe, husband and wife, Gordon Beck and Jane Doe Beck, husband and wife; Inland Northwest Equipment Auction, Inc., d/b/a Reinland Auctioneers, a Washington corporation, IBEX Construction, Inc., a Washington corporation; Tim and Roberta Jackson, husband and wife,

*Defendants*

Civil Action No. 2:17-CV-0288-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant Gordon Beck and against Plaintiffs with respect to claims asserted against him by Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for summary judgment.

Date: 10/19/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas